UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY J. QUIGLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YELP, INC., et al.,<br><br>　　　　Defendants. | Case No.17-cv-03771-RS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 7/6/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney J. Quigley
164 Valdivia Circle
San Ramon, CA 94583

Dated: 7/6/2017

　　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　Corinne Lew, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable RICHARD SEEBORG