UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY JAY QUIGLEY,

    Plaintiff,

v.

YELP, INC., et al.,

    Defendants.

Case No. 17-cv-03771-RS

**ORDER DENYING MOTIONS TO DISMISS AS MOOT**

After defendants moved to dismiss plaintiff's complaint, plaintiff filed an amended complaint, adding new factual allegations, new claims, and a new defendant. Accordingly, defendants' motions to dismiss are denied as moot, without prejudice to any arguments defendants may choose to advance that the complaint as amended remains defective.

**IT IS SO ORDERED**.

Dated: August 7, 2017

RICHARD SEEBORG
United States District Judge