1  James G. Snell, Bar No. 173070
   JSnell@perkinscoie.com
2  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
3  PERKINS COIE LLP
   3150 Porter Drive
4  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
5  Facsimile: 650.838.4350

6  Attorneys for Defendants
   MEDIA MATTERS FOR AMERICA,
7  TWITTER, INC., and YELP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RODNEY J. QUIGLEY, individually and on behalf of similarly situated individuals, | Case No. 3:17-cv-03771-RS |
|---|---|
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| YELP, INC.; THE WALT DISNEY COMPANY; TWITTER, INC.; MEDIA MATTERS FOR AMERICA; DISQUS, INC.; FACEBOOK, INC.; PAYPAL HOLDINGS, INC.; and DOES 1-9999, | Dept.: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |
| | Date Filed: June 30, 2017 |
| Defendants. | Trial Date: None Set |

Before the Court is the Joint Administrative Motion by Defendants Yelp Inc., The Walt Disney Company, Twitter, Inc., Media Matters for America, Disqus, Inc., and Facebook, Inc. (collectively, "Defendants") to further continue the Initial Case Management Conference and related deadlines. The Court has considered the papers and, good cause appearing, GRANTS the motion. It is hereby ORDERED that:

- the Initial Case Management Conference currently scheduled for December 14, 2017, is continued to a date to be later set by the Court, but in no event less than 30 days after the Court rules on Defendants' pending motions to dismiss; and
- all related discovery and alternative dispute deadlines listed in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, Dkt. No. 3, as modified by Dkt. No. 65, are continued and will be re-set according to the new Initial Case Management Conference Date.

**IT IS SO ORDERED.**

Dated: 11/27, 2017

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE