UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JAY QUIGLEY,<br>　　　　Plaintiff,<br>　　v.<br>YELP, INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-03771-RS<br><br>**ORDER DISMISSING CASE** |

Plaintiff Rodney Jay Quigley filed a first amended complaint in this action on August 6, 2017. Defendants Yelp, The Walt Disney Company, Twitter, Media Matters for America, Disqus, and Facebook filed motions to dismiss. On January 22, 2018, the Court granted the motions and dismissed the first amended complaint with leave to amend. The order stated that any amended complaint would need to be filed within 21 days of the date of the order. Because that deadline has long passed and Quigley has not filed an amended complaint, the case is therefore dismissed with prejudice. The Clerk is hereby instructed to close the case.

**IT IS SO ORDERED**.

Dated: March 27, 2018

_____
RICHARD SEEBORG
United States District Judge